IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR GROUP, INC.<br><br>and<br><br>COSTAR REALTY INFORMATION, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PROPERTYFIRST.COM, INC.<br><br>*Defendant*. | Civ. No. PJM-01-CV-1069<br><br>**JURY TRIAL DEMANDED** |

## O R D E R

For good cause shown, it is hereby ORDERED that the Scheduling Order signed by the Court on June 11, 2001 is hereby AMENDED as such:

In the place of the deadlines required set forth in Section I of the June 11, 2001 Scheduling Order, the following deadlines are set:

| | |
|---|---|
| Joint Request For Early Settlement/ADR Conference: (completed) | June 22, 2001 |
| Report On Whether There Is Consent To Proceed Before Magistrate (completed) | June 22, 2001 |
| Moving For Joinder Of Additional Parties and Amendments of Pleadings | Jan. 25, 2001 |
| Close of Fact Discovery | Mar. 29, 2002 |
| Plaintiff's Rule 26(a)(2) expert disclosures | Apr. 29, 2002 |
| Defendant's Rule 26(a)(2) expert disclosures | May 31, 2002 |
| Plaintiff's Rebuttal 26(a)(2) expert disclosures | June 21, 2002 |
| Rule 26(e)(2) supplementation of disclosures | April 26, 2002 |



| | |
|---|---|
| **Closure of Expert Discovery; submission of status report** | July 12, 2002 |
| Requests for Admission | July 19, 2002 |
| **Dispositive Pretrial Motions Deadline** | June 14, 2002 |
| **Pretrial Conference** | **Aug. 12, 2002** (4:30 p.m.) |

_____    7/25/01
United States District Judge