IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

|  |  |
|---|---|
| COSTAR GROUP, INC., *et al.*, ) ) ) *Plaintiffs*, ) ) v. ) ) PROPERTYFIRST.COM, INC., ) ) *Defendants*. ) | Civil Action No. P*J*M01-CV1069 *DKC* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement reached by the parties, Plaintiffs CoStar Group, Inc. and CoStar Realty Information, Inc. (collectively, "CoStar") and Defendant PropertyFirst.com, Inc. ("PropertyFirst") stipulate pursuant to Fed. R. Civ. P. 41(a) to the voluntary dismissal with prejudice of CoStar's Complaint for Copyright Infringement and Intentional Interference with Business Relations.

The parties have agreed that each party should bear its own costs.

Respectfully submitted,

Dated: ~~May~~ June 20, 2003

_____
Charles D. Ossola (MDC#08329)
Christopher Winters
ARNOLD & PORTER
555 12th Street, N.W.
Washington, DC 20004
(202) 942-5000
*Counsel for CoStar Group, Inc. and CoStar Realty Information, Inc.*

"Approved" this 20th day of June, 2003.

_____
DEBORAH K. CHASANOW
United States District Judge

Dated: June 18, 2003

*Jeffrey A. Wothers/as*
Jeffrey A. Wothers (MDC #09439)
~~Tae H. Kim~~
Niles Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202

Kenneth B. Wilson (MDC #09439)
Perkins Coie
180 Townsend Street, Third Floor
San Francisco, California 94107

*Counsel for PropertyFirst.com, Inc.*